UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


| | |
|---|---|
| Global Fuel, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:09-cv-01760-MLM |
| E-Biofuels, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On October 23, 2009, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Southeastern Division case. Therefore, a Southeastern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Lewis M. Blanton, U.S. Magistrate Judge.

Dated this 23rd day of October, 2009.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 1:09-cv-00154-LMB.**